[No. 38344-2-I.    Division One.    March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AMADO
PEREZ-AVALOS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07346-4, William L. Downing, J., entered
February 23, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 38359-1-I.    Division One.    March 31, 1997.]

*In the Matter of the Personal Restraint of* TED
HEFLEY, *Petitoner*.

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 14637-5-III.    Division Three.    April 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS
L. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-1-01829-4, Robert N. Hackett, J.,
entered January 18, 1995. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Thompson and
Brown, JJ.

[No. 14670-7-III.    Division Three.    April 1, 1997.]

*In the Matter of the Marriage of* FRANK R. WILLIAMS,
*Appellant, and* TINA M. WILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 94-3-01130-9, Carolyn A. Brown, J.,
entered January 26, 1995. *Affirmed* by unpublished
opinion per Schultheis, J., concurred in by Sweeney, C.J.,
and Munson, J. Pro Tem.